**Prel DOKAJ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 75811.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 23, 1999.

Raymond J. Capelovitch, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, III, Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, and LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

Prel Dokaj appeals from a judgment denying his Rule 29.15 motion for post-

conviction relief on the merits without an evidentiary hearing.

We have reviewed the briefs and the record on appeal and conclude that the motion court's findings of fact are not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b)(2).